UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROGRESS SOFTWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOSPITALS OF ONTARIO PENSION PLAN,<br><br>Defendant. | CIVIL ACTION<br>No.<br><br>05 10028 REK |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), plaintiff, Progress Software Corporation ("Progress"), files this corporate disclosure statement. Progress states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Dated: January 6, 2005

PROGRESS SOFTWARE CORPORATION

By its attorneys,

/s/ Marc Temin
Marc K. Temin (BBO #494280)
Marco J. Quina
Foley, Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617)832-1000

FHBOSTON/1152615.1