UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROGRESS SOFTWARE CORPORATION,

Plaintiff,

v.

HOSPITALS OF ONTARIO PENSION PLAN,

Defendant.

CIVIL ACTION
No. 05-cv-10028-REK

## NOTICE OF DISMISSAL WITH PREJUDICE

No answer or motion for summary judgment having been served by defendant, plaintiff hereby dismisses the above-named action with prejudice, without costs or attorneys' fees to any party, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

PROGRESS SOFTWARE CORPORATION

By its attorneys,

Dated: June 1, 2005

Marc K. Temin (BBO #494280)
Marco J. Quina
Foley, Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617)832-1000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND ON

6/1/05. Marc Temin

B3043286